JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLDEN KIMBER, on behalf of the State of California, as a private attorney general,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE SPORTS BASEMENT, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-02441-SVW-ADS<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**ORDER**

The Court, having reviewed the Parties' Joint Motion, and good cause appearing, hereby ORDERS as follows:

1. The instant action is dismissed without prejudice. Each side is to bear their own respective fees and costs.

IT IS SO ORDERED.

Dated: October 3, 2024

*[signature]*

Honorable Stephen V. Wilson
United States Magistrate Judge